RICHARD KAUFMANN v. DOUGLAS OTTE.

July 7, 1987.

Petition for certification granted.

RICHARD KAUFMANN v. PLANNING BOARD FOR THE
TOWNSHIP OF WARREN.

July 7, 1987.

Petition for certification granted.

MICHAEL A. YEVTUCK v. WOMETCO HOME THEATER.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DEAN.

July 7, 1987.

Petition for certification denied.